# NO. 12-20-00110-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EQUIFY AUCTIONS, LLC,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *JEFFREY CALLAN,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Equify Auctions, L.L.C., filed an unopposed motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Equify's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered April 22, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 22, 2020**

**NO. 12-20-00110-CV**

**EQUIFY AUCTIONS, LLC,**
Appellant
V.
**JEFFREY CALLAN,**
Appellee

Appeal from the County Court at Law

of Van Zandt County, Texas (Tr.Ct.No. CV06367)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*